

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| LYN-LEA TRAVEL CORP. d/b/a<br>FIRST CLASS INTERNATIONAL<br>TRAVEL MANAGEMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendants. | § § § § § § § § § § § § | 3:96-CV-2068-BC |

## ORDER

On December 13, 1999, the Court conducted a *de novo* hearing pursuant to 28 U.S.C. § 636(e) in which Plaintiff and Plaintiff's counsel appeared in order to show cause why they should not be adjudged in contempt for the reasons set forth in the "Certification of Facts and Recommendations for Findings of Civil Contempt and Award of Appropriate Sanctions" (hereinafter "Certification") issued by Magistrate Judge Jane Boyle on March 11, 1999. For the reasons stated by the Court at the conclusion of this hearing, it is ORDERED that Plaintiff and Plaintiff's counsel are adjudged in contempt and sanctioned as set forth in the Certification.

Accordingly, it is ORDERED that Plaintiff and Plaintiff's counsel are jointly and severally sanctioned in the amount of $18,404.00 pursuant to the Certification. Any dispute as to the amount of sanctions should be brought before the Magistrate Judge through a Motion for Reconsideration.

It is so ORDERED.

ENTERED:   January 3, 2000

JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS